Stuart L. Melnick et al., Appellants, v Fred Khoroushi et al., Respondents, et al., Defendant. [869 NYS2d 500]—

A default is considered intentional when a party takes no steps to vacate it until after judgment has been entered against him (*see Roussodimou v Zafiriadis*, 238 AD2d 568, 569 [1997]). Despite having been afforded ample opportunity to avoid the entry of default judgment, plaintiffs failed to demonstrate either a reasonable excuse for their default or a meritorious defense to the counterclaims asserted by defendants (*see Granibras Granitos Brasileiros, Ltda. v Farber*, 34 AD3d 230 [2006]).

Under the circumstances, this appeal is frivolous. Sanctions should be imposed, and the responding defendants should be reimbursed for their reasonable expenses and attorney fees incurred on this appeal (*see Tsabbar v Auld*, 26 AD3d 233 [2006]).

We have considered plaintiffs' remaining arguments and find them without merit. Concur—Lippman, P.J., Gonzalez, Nardelli, Buckley and Acosta, JJ.